**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                         Plaintiff,

               - against -

PROFUSION COSMETICS CORP.,

                     Defendant.
-----------------------------------------------------------X

Case No.   1:23-cv-4679-PGG

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Profusion Cosmetics Corp.

Dated:  Scarsdale, New York
        December 5, 2023

                                      SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

                                  By:_____
                                      Dan Shaked, Esq.
                                      14 Harwood Court, Suite 415
                                      Scarsdale, NY 10583
                                      Tel. (917) 373-9128
                                      e-mail: ShakedLawGroup@Gmail.com